## STATE v. M. N. ALEXANDER.

No. A-600.    Opinion Filed November 23, 1910.

(111 Pac. 655.)

APPEAL—Jurisdiction—Removal of Officers. This court has no jurisdiction of an appeal from a judgment of the lower court in a proceeding for the removal of a person from office.

(Syllabus by the Court.)

*Appeal from District Court, Okmulgee County; John J. Shea, Judge.*

M. N. Alexander was indicted for misconduct in office. Accusation quashed, and the state appeals. Dismissed.

*Fred S. Caldwell* and *Joe S. Eaton,* for the State.
*R. T. Potter* and *Belford & Hiatt,* for appellee.

FURMAN, PRESIDING JUDGE. A proceeding to remove a person from office seeks to deprive him of a property right. It is therefore a civil suit, and this court has no jurisdiction to consider an appeal in such case.

The demurrer of the appellee will therefore be sustained, and the appeal is dismissed.

DOYLE and RICHARDSON, JUDGES, concur.